IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HOME DESIGN SERVICES, INC.,

    Plaintiff,

vs.                                             CASE NO.: 4:06cv349-SPM/WCS

PREMIER CONSTRUCTION &
DEVELOPMENT, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Settlement (doc. 21) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 20th day of March, 2007.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge